JACKSONVILLE REALTY & MORTGAGE COMPANY, A CORPORA-
TION, *Plaintiff in Error*, v. AETNA CASUALTY & SURETY
COMPANY, A CORPORATION, *Defendant in Error*.

Division B.

Decision Filed December 19, 1927.

*Kay, Adams, Ragland & Kurz*, for Plaintiff in Error;

*Marks, Marks & Holt*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the judgment herein, and briefs and argument of counsel
for the respective parties, and the record having been seen
and inspected, and the Court being now advised of its
judgment to be given in the premises, it seems to the Court
that there is no error in the said judgment; it is, therefore,
considered, ordered and adjudged by the Court that the
said judgment of the Circuit Court be, and the same is
hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J.,
concur.